

RECEIVED JUL 10 2007 CHAMBERS OF COLLEEN McMAHON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK _____x

NORA I. MANZOLILLO,

                     Plaintiff,

    vs.                                                      05 CIV 2208 (CM)

GEORGE L. COOKE, sued in his official
and individual capacities, and COUNTY
OF SULLIVAN,

                     Defendants.
_____x

## STIPULATION OF DISCONTINUANCE

This matter having been called for trial and plaintiff and defendant George Cooke having resolved the matter as between them and defendant now having implemented the terms of their agreement, it is hereby agreed that this matter is discontinued without fees and costs to either party.

IT IS NOW HEREBY ORDERED AND ADJUDGED THAT the case is closed for all purposes.

SO ORDERED

_____
UNITED STATES DISTRICT COURT

APPROVED:   7-10-07

_____ (3497)
Michael H. Sussman
Counsel for Plaintiff

_____
Vincent P. D'Andrea
Counsel for Defendant Cooke

_____ (SY 7712)
Sam Yasgur
Counsel for County of Sullivan

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____